FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   DIMITRA H. SAMPSON
3  Assistant United States Attorney
   Arizona State Bar No. 09133
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: Dimitra.Sampson@usdoj.gov
   Attorneys for Plaintiff
7

**REDACTED FOR
PUBLIC DISCLOSURE**

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF ARIZONA

10

11  United States of America,

12                      Plaintiff,

13          vs.

14

15  1. Mike Duffy, III, and

16  2. Ryan Adelbert Johnson,

17                      Defendants.

| | |
|---|---|
| No. | CR-22-08057-PCT-GMS (JZB) |

**INDICTMENT**

VIO:  18 U.S.C. §§ 1153, 113(a)(3) and 2
      (CIR: Assault with a Dangerous
      Weapon and Aid and Abet)
      Counts 1 and 2

      18 U.S.C. §§ 924(c)(1)(A)(iii) and 2
      (Discharge of a Firearm During a
      Crime of Violence and Aid and
      Abet)
      Count 3

      18 U.S.C. §§ 922(g)(1) and
      924(a)(2)
      (Felon in Possession of a Firearm)
      Counts 4 and 5

      18 U.S.C. §§ 924(d) and 981,
      21 U.S.C. § 853 and
      28 U.S.C. § 2461(c)
      (Forfeiture Allegation)

23  **THE GRAND JURY CHARGES:**

24                           <u>COUNT 1</u>

25      On or about February 3, 2021, in the District of Arizona, within the confines of the

26  Hopi Indian Reservation, Indian Country, Defendants MIKE DUFFY, III, and RYAN

27  ADELBERT JOHNSON, both Indians, did intentionally and knowingly assault T. P., with

28

a dangerous weapon, that is, an Anderson Manufacturing Rifle, Model AM-15, Serial Number 14049892, with optical sight and flashlight, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

## COUNT 2

On or about February 3, 2021, in the District of Arizona, within the confines of the Hopi Indian Reservation, Indian Country, Defendants MIKE DUFFY, III, and RYAN ADELBERT JOHNSON, both Indians, did intentionally and knowingly assault F. D., with a dangerous weapon, that is, an Anderson Manufacturing Rifle, Model AM-15, Serial Number 14049892, with optical sight and flashlight, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

## COUNT 3

On or about February 3, 2021, in the District of Arizona, Defendants MIKE DUFFY, III, and RYAN ADELBERT JOHNSON, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Counts 1 and 2, both felonies prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

## COUNT 4

On or about February 3, 2021, in the District of Arizona, Defendant MIKE DUFFY, III, did possess, in and affecting interstate commerce, a firearm, that is, an Anderson Manufacturing Rifle, Model AM-15, Serial Number 14049892. The defendant knowingly possessed the firearm and ammunition, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

/ / /

/ / /

**COUNT 5**

On or about February 3, 2021, in the District of Arizona, Defendant RYAN ADELBERT JOHNSON, did possess, in and affecting interstate commerce, a firearm, that is, an Anderson Manufacturing Rifle, Model AM-15, Serial Number 14049892.   The defendant knowingly possessed the firearm, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 3-5 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 3-5 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including, but not limited to the following involved and used in the offenses: an Anderson Manufacturing Rifle, Model AM-15, Serial Number 14049892.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants

1   up to the value of the above-described forfeitable property, pursuant to Title 21, United

2   States Code, Section 853(p).

3          All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title

4   21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and

5   Rule 32.2, Federal Rules of Criminal Procedure.

6                                          A TRUE BILL

7
                                                *S/*
8          _____
                                          FOREPERSON OF THE GRAND JURY
9                                          Date: June 21, 2022

10

11  GARY M. RESTAINO
    United States Attorney
12  District of Arizona

13      *S/*

14  _____
    DIMITRA H. SAMPSON
15  Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28